Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,056,092

United States Patent and Trademark Office  Registered Apr. 22, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

### PRIMEPAY

PRIMEPAY, INC. (VIRGINIA CORPORATION)
301 LINDENWOOD DRIVE
SUITE 100
MALVERN, PA 19355 ASSIGNEE OF AUTO-TAX, INC. (VIRGINIA CORPORATION) MCLEAN, VA 22102

FOR: PROVIDING BUSINESS AND FINANCIAL MANAGEMENT SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-1995; IN COMMERCE 8-1-1995.

SN 74-682,810, FILED 6-1-1995.

MARY CRAWFORD, EXAMINING ATTORNEY