Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,294,575
Registered Nov. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## PRIMEPAY

PRIMEPAY, INC. (VIRGINIA CORPORATION)
301 LINDENWOOD DRIVE
SUITE 100
MALVERN, PA 19355 BY MERGER WITH AUTOTAX, INC. (VIRGINIA CORPORATION)
MCLEAN, VA 22102

FOR: COMPUTERIZED SYSTEMS COMPRISED OF COMPUTER HARDWARE AND COMPUTER SOFTWARE FOR USE IN BUSINESS AND FINANCIAL MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-1999; IN COMMERCE 3-0-1999.

SN 74-683,180, FILED 6-1-1995.

MARY CRAWFORD, EXAMINING ATTORNEY