# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRIMEPAY, LLC**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**PRIME TRUST, LLC**<br><br>　　　　　　　**Defendant.** | **CIVIL ACTION NO.  20-3104** |

## ORDER

**AND NOW**, this 8th day of September 2021, upon consideration of Defendant's Motion to Dismiss [Doc. No. 12] and the response and reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE** to filing in a court of appropriate jurisdiction. The Clerk is directed to **CLOSE** the case.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**